UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| C-DIVE, L.L.C.<br><br>VERSUS<br><br>DB WILLIAM KALLOP, her tackle, furniture, apparel, appurtenances, etc., *in rem* and OFFSHORE SPECIALTY FABRICATORS, LLC *in personam* | CIVIL ACTION<br><br>NO.<br><br>SECTION " "     MAGISTRATE #<br><br>JUDGE<br><br>MAGISTRATE |

## VERIFIED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes complainant, C-Dive, L.L.C., and for its Verified Complaint against the DB WILLIAM KALLOP, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and Offshore Specialty Fabricators, LLC, *in personam*, stating an admiralty and maritime claim within this Honorable Court's admiralty and maritime jurisdiction in accordance with Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, with respect, alleges upon information and belief as follows:

### JURISDICTION AND PARTIES

I.

Jurisdiction is proper in accordance with 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Venue is also proper in this district in accordance with 28 U.S.C. § 1391(b)(2) and (d) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

{N3225232.1}

II.

At all material times, plaintiff, C-Dive, L.L.C.. (hereinafter referred to as "C-Dive") was and now is a limited liability company organized under the laws of the State of Louisiana, and doing business within the State of Louisiana, and within the jurisdiction of this Honorable Court.

III.

Upon information and belief, defendant, Offshore Specialty Fabricators, LLC (hereinafter referred to as "OSFI") was and now is a Louisiana limited liability company organized under the laws of the State of Louisiana doing business within the State of Louisiana, and within the jurisdiction of this Honorable Court and was and is the registered owner of the DB WILLIAM KALLOP (hereinafter referred to as the "Vessel").

IV.

At all material times, defendant, the Vessel, IMO Number 8639455, was and still is a 113 meter crane vessel, registered in the Republic of Panama.  The *in rem* defendant vessel is now or will during the pendency of this lawsuit be, upon the navigable waters of Louisiana, within this district and within the jurisdiction of this Honorable Court.

V.

C-Dive and OSFI, as owner and operator of the defendant Vessel, entered into a Master Service Agreement dated January 15, 2010 pursuant to which C-Dive provided various services and/or personnel for the Vessel.

VI.

In accordance with the terms of the Master Service Agreement, C-Dive invoiced OSFI for the services and personnel provided for the Vessel.  C-Dive invoiced OSFI in the amount of $444,728.86 for services and personnel provided through February 3, 2016, which amount OSFI has failed to pay, in breach of the terms and conditions of the Master Service Agreement.

C-Dive is entitled to a maritime lien against the Vessel, and is legally entitled to seize said vessel pursuant to its rights under the general maritime law and admiralty laws of the United States and have it sold to satisfy any judgment which might be rendered in this matter.  C-Dive provided services and personnel for the Vessel on the order of the owner or a person authorized by the owner, which services and personnel constitute necessaries under the Federal Maritime Lien Act, 46 U.S.C. § 31342 as defined in 46 U.S.C. § 31301.

VII.

OSFI is justly indebted to C-Dive for the damages as aforesaid and as to be shown more particularly at trial.

VIII.

Despite numerous amicable demands and upon notice of monies owed by OSFI and/or the Vessel and requests for payment of the aforementioned charges, the debt has not been paid.

IX.

C-Dive reserves the right to amend any article of this Verified Complaint as facts become better known.

X.

In accordance with applicable Local Admiralty Rules, C-Dive agrees to hold harmless and indemnify the U.S. Marshal and all of its deputies for any and all liabilities as a result of seizing the aforesaid property.

**WHEREFORE**, complainant, C-Dive, L.L.C. prays:

1. For judgment *in personam* against defendant, Offshore Specialty Fabricators, LLC together with pre-judgment interest, expenses, attorney's fees and costs;

2.     For process *in rem* pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure be issued by the Court against the DB WILLIAM KALLOP her tackle, furniture, apparel, appurtenances, etc., and that all persons having a claim and interest therein be cited to appear herein and answer, under oath, all and singular matters aforesaid, and that the DB WILLIAM KALLOP be seized, condemned and sold to satisfy all amounts owed to C-Dive L.L.C. as set forth herein;

3.     For Judgment *in rem*, against the DB WILLIAM KALLOP in the full amount due as set forth herein, including pre-judgment interest, costs, seizure expenses and all attorney's fees;

4.     That any property arrested in this proceeding be sold under the direction of this Court and that the proceeds of the sale be brought into the Court to satisfy all monies owed to C-Dive, L.L.C. Inc. as set forth herein;

5.     That defendants be cited to appear and answer the matters aforesaid;

6.     And that this Honorable Court grant plaintiff such other and further relief which it may deem just and proper.

Respectfully submitted,

*/s/ John J. Broders*
JOHN J. BRODERS (#03486) TA
WILLIAM C. BALDWIN (#31613)
HANSFORD P. WOGAN (#34825)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8172
Facsimile:   (504) 589-8172
*Attorneys for complainant,*
*C-Dive, L.L.C.*

{N3225232.1}

4